| AO 10 Rev. 1/2008 | **FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2008** | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial) Gregory, Roger L. | 2. Court or Organization US Court of Appeals - 4th Cir. | 3. Date of Report 05/14/2009 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) Article III Judge - Active | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2008 to 12/31/2008 |
| 7. Chambers or Office Address 1000 East Main Street Suite 212 Richmond, VA 23219-3517 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Director | Christian Children's Fund |
| 2. Trustee | Virginia Historical Society |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2009 MAY 15 A 11: 16 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Gregory, Roger L. | 05/14/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2008 | Philip Morris, Incorporated |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. Northwestern Univ. Sch. of Law | March 7, 2008 | Chicago, IL | Moot Court Competition | Travel, Meal |
| 2. Univ. of Alabama Law Sch. | April 2, 2008 | Tuscaloosa, AL | Moot Court Competition | Travel, Meal |
| 3. NYU Law Sch. | April 7, 2008 | New York, NY | Moot Court Competition | Travel, Meal |
| 4. ABA Division for Public Edu. | April 29, 2008 | Washington, DC | Keynote Speaker | Travel, Meal |
| 5. ABA Standing Committee on Gavel Awards Final Judging | May 9-10, 2008 | Chicago, IL | ABA Committee Meeting | Travel/Mileage, Lodging, Meals, Parking |
| 6. Widener Univ. Sch. of Law | May 16-18, 2008 | Harrisburg, PA | Commencement Speaker | Travel/Mileage, Lodging, Meals, Parking |

| Name of Person Reporting | Date of Report |
|---|---|
| Gregory, Roger L. | 05/14/2009 |

| | | | | |
|---|---|---|---|---|
| 7. Richard & Erin Lambert | August 30-31, 2008 | Alexandria, VA | Wedding | Lodging, Meals |
| 8. Just the Beginning Foundation | September 25-28, 2008 | Washington, DC | Conference | Travel, Lodging, Meals |
| 9. | | | | |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Sears Mastercard | Credit Card | J |
| 2. Tuition Management Systems | College Tuition Installment Payment Plan | J |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | | Date of Report |
|---|---|---|
| Gregory, Roger L. | - | 05/14/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

VII. Investments and Trusts

Item #6 - "IDS Life Insurance Company - IRA Fixed" was previously provided as the description of asset, but the name should have been listed as "RiverSource Life Insurance Company - IRA Fixed" because this is the name of the successor entity to IDS Life Insurance Company. This asset remains an "IRA Fixed Rate Annuity." I apologize for this mistake.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIE...                                   CIVIL
AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544



# United States Court of Appeals
## for the Fourth Circuit

CHAMBERS OF
ROGER L. GREGORY
UNITED STATES CIRCUIT JUDGE

212 LEWIS F. POWELL, JR. U.S. COURTHOUSE
1000 EAST MAIN STREET
RICHMOND, VIRGINIA 23219-3517
TELEPHONE 804-916-2607

May 29, 2009

RECEIVED
2009 JUN -2 A 11: 41
FINANCIAL
DISCLOSURE OFFICE

Mr. George D. Reynolds
OJP-ATJD
Administrative Office of the U.S. Courts
Thurgood Marshall Federal
  Judiciary Building
One Columbus Circle, N.E.
Washington, D.C.  20544

Dear Mr. Reynolds:

     As per our recent conversation, attached is the list of payments made to charitable organizations in lieu of honoraria.

     I maintained a record of donors, dates and amounts donated, to ensure compliance with the guidelines.  However, it was not until recently that I became aware that this should be filed with the Administrative Office.  I apologize for my mistake which caused the delay in filing this information.

Sincerely,



RLG/tsb

# LIST OF PAYMENTS MADE TO CHARITABLE ORGANIZATIONS IN LIEU OF HONORARIA

| SOURCE | DATE | AMOUNT |
|---|---|---|
| Ebenezer Baptist Church-Richmond VA | 11/02/01 | 150.00 |
| First Baptist Church of Centralia-VA | 11/18/01 | 300.00 |
| Providence Park Baptist Church-Richmond VA | 11/25/01 | 200.00 |
| 2nd Presbyterian Church-Petersburg VA | 02/10/02 | 100.00 |
| Mt. Level Baptist Church-Dinwiddie VA | 02/17/02 | 125.00 |
| University of Richmond-Cigna Scholars | 04/10/02 | 300.00 |
| Archdiocese of Newark-Newark NJ | 06/06/02 | 500.00 |
| Gillfield Baptist Church-Petersburg VA | 10/13/02 | 200.00 |
| First Baptist Church-Petersburg VA | 10/20/02 | 350.00 |
| Hungary Road Baptist Church-Richmond VA | 02/23/03 | 200.00 |
| Zeta Phi Beta Sorority | 03/29/03 | 200.00 |
| Sharon Baptist Church-Farmville VA | 05/11/03 | 200.00 |
| Sigma Gamma Rho Sorority | 07/21/03 | 500.00 |
| St. Paul's Baptist Church-Richmond VA | 11/03/04 | 150.00 |
| Chester Clergy & Ecumenical Counsel-Chester VA | 01/17/05 | 500.00 |
| University of California, Davis | 02/11/05 | 300.00 |
| Washington & Lee University | 05/09/05 | 1500.00 |
| Cedar Street Baptist Church-Richmond VA | 06/08/05 | 500.00 |
| Gillfield Baptist Church-Petersburg VA | 01/30/06 | 400.00 |
| Antioch Baptist Church-Susan VA | 03/19/06 | 500.00 |
| The Ted Dalton American Inn of Court | 04/18/06 | 500.00 |
| Chesterfield County VA-Black History Celebration | 06/05/06 | 500.00 |
| Lovely Zion Baptist Church-Brunswick Cnty VA | 12/06/06 | 300.00 |
| First Baptist Church of Centralia-VA | 11/19/06 | 300.00 |
| Baptist General Convention-VA | 12/31/06 | 500.00 |
| Grayland Baptist Church-Richmond VA | 04/08/07 | 300.00 |
| Regent University | 04/10/07 | 1000.00 |
| Living the Dream, Inc.-MLK Learning Week-Richmond VA | 01/17/08 | 500.00 |
| Fourth Baptist Church-Richmond VA | 02/19/08 | 300.00 |
| Ebenezer Baptist Church-Richmond VA | 10/24/08 | 250.00 |
| School Board of the City of Richmond VA | 10/24/08 | 700.00 |